IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Hart, et al.,, | ) |
| | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 1:24-cv-114 |
| Ganidjon Turgunbaev, et al., | ) |
| | ) |
| Defendant(s) | ) |

## REPORT OF NEUTRAL

A  Mediation   session was held in the above captioned matter on  June 16, 2025

The case (please check one):
     X  has resolved
    ____ has resolved in part (see below)
    ____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within ____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: 6/17/2025        /s/ David B. White
                                   Signature of Neutral

Rev. 09/11